# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D16-4783

———————————————

ALEJANDRO RAMOS RIOS,

    Petitioner,

v.

FLORIDA DEPT. OF CORRECTIONS,

    Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.
Terry P. Lewis, Judge.

March 1, 2018

PER CURIAM.

    DENIED.

LEWIS, MAKAR, and OSTERHAUS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Alejandro Ramos Rios, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Erik Kverne, Assistant Attorney General, for Respondent.